IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| WILLIAM JUSTIN VASSAR, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. CIV-13-1109-C |
| RICHARD STEPHENS, | ) | |
| CAPT. FREEBORNE, DR. TAYLOR, | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on February 2, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 49) is adopted and the this action is dismissed. All pending motions are denied as moot.

IT IS SO ORDERED this 26th day of February, 2015.

ROBIN J. CAUTHRON
United States District Judge